**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-0526-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Cristoforo Lopez-Paniagua, | ) | |
| Defendant. | ) | |

The Court has received and considered Defendant's Motion to Vacate. (docket #17) The undersigned has confirmed Defendant's Motion to Substitute Attorney, docket #16, is pending before District Judge Roslyn O. Silver.

**IT IS ORDERED vacating** the Change of Plea proceedings scheduled before the undersigned scheduled for Tuesday, July 15, 2008 at 2:00 p.m.

DATED this 14th day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge